MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Melanie Marie Mooney
Chapter 7 Case No. 09-35087

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Hudson & Keyse<br>PO Box 1090<br>Mentor, OH 44061 | 6 | 16,640.26 | 152.44 |

Date: July 11, 2011

_____
Trustee

RECEIVED 11 JUL 14 AM 11:33 U.S. BANKRUPTCY COURT ST. PAUL, MN